SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------x
MARINA BRACY,

                                    Plaintiff/Petitioner,

                - against -                              Index No. 522947/2022

BJ'S WHOLESALE CLUB, INC.,

                                  Defendant/Respondent.
------------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Consensual Case)**
(Uniform Rule § 202.5-b)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney.  (**Attorneys**: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper,** unless you choose to participate in e-filing.

  **If** you choose to participate in e-filing, you **must** have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically

  - free access to view and print your e-filed documents

  - limiting your number of trips to the courthouse

  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit:   http://www.nycourts.gov/efile-unrepresented   or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: August 9, 2022

Marina Tasevich, Esq.
    Name
Law Offices of Alexander Bespechny

    Firm Name

224 Kings Highway
    Address

Brooklyn, New York 11224

(718) 434-8300
    Phone

mtasevich@yahoo.com
    E-Mail

To:   BJ'S WHOLESALE CLUB, INC.

_____

_____

6/6/18

Index  #                          Page 2  of 2                          EF-3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
_____X
MARINA BRACY,

                           Plaintiff,

      -against-

BJ'S WHOLESALE CLUB, INC.,

                         Defendant(s),
_____X

Index No.: 522947/22
Filed: 8/9/22

Plaintiff designated
Kings County as the
place of trial

**SUMMONS**

The basis of venue is
Plaintiff's place of residence
1356 E. 51st Street
Brooklyn, New York 11234

**TO THE ABOVE NAMED DEFENDANT:**

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after service of this summons is complete if this summons is not personally delivered to you within the State of New York.

    In case of your failure to answer this summons, a judgment by default will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: Brooklyn, NY
         August 9, 2022

                                              Marina Tasevich, Esq.
                                              The Law Offices of
                                              Alexander Bespechny
                                              Attorney for Plaintiff
                                              224 Kings Highway,
                                              Brooklyn, NY 11224
                                              718-434-8300

TO:   BJ'S WHOLESALE CLUB, INC.
        c/o CT Corporation System
        111 Eighth Avenue
        New York, New York 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------X
MARINA BRACY,                                    Index No.:

                       Plaintiff,
       -against-                                       **VERIFIED COMPLAINT**

BJ'S WHOLESALE CLUB, INC.,
                                                    TRIAL BY JURY
                       Defendant(s),          DEMANDED
-------------------------------------------------------------X

State of New York   )
                           )   ss.:
County of Kings     )

      Plaintiff, by her attorney ALEXANDER BESPECHNY, as and for her VERIFIED COMPLAINT, respectfully alleges, upon information and belief:

### AS AND FOR A FIRST CAUSE OF ACTION

1. Plaintiff, MARINA BRACY, was and still is a resident of the County of Kings and State of New York.

2. The cause of action alleged herein arose in the County of Kings, State of New York.

3. On December 22, 2021, there existed a premises located at 900 Remsen Avenue, Brooklyn, New York.

4. On or about December 22, 2021, Defendant, BJ'S WHOLESALE CLUB, INC., was a foreign business corporation duly organized and existing under and by virtue of the laws of the State of New York.

5. On or about December 22, 2021, Defendant, BJ'S WHOLESALE CLUB, INC., was a partnership doing business in the State of New York.

6. On or about December 22, 2021, Defendant, BJ'S WHOLESALE CLUB, INC., was a limited partnership doing business in the State of New York.

7. On or about December 22, 2021, Defendant, BJ'S WHOLESALE CLUB, INC.., was a sole proprietorship doing business in the State of New York.

8. On or about December 22, 2021, Defendant BJ'S WHOLESALE CLUB, INC., was a tenant of the premises known and designated as 900 Remsen Avenue, Brooklyn, New York.

9. On or about December 22, 2021 and at all times hereinafter mentioned, Defendant BJ'S WHOLESALE CLUB, INC., leased the premises known and designated as 900 Remsen Avenue, Brooklyn, New York.

10. On or about December 22, 2021, defendant BJ'S WHOLESALE CLUB, INC., its agents, servants and/or employees, operated, managed, controlled, supervised, repaired, maintained and inspected the premises located at 900 Remsen Avenue, Brooklyn, New York.

11. On or about December 22, 2021, Defendant BJ'S WHOLESALE CLUB, INC., its agents, servants and/or employees, operated, managed, controlled, supervised, repaired, maintained and inspected the aforesaid premises at 900 Remsen Avenue, Brooklyn, New York in an unsafe hazardous and dangerous condition.

12. On or about December 22, 2021, Defendant, BJ'S WHOLESALE CLUB, INC., its agents, servants and/or employees, operated, managed, controlled, supervised, repaired, maintained and inspected the aforesaid premises at 900 Remsen Avenue, Brooklyn, New York in a trap like condition.

13. On or about December 22, 2021 the Plaintiff, MARINA BRACY was lawfully at the aforesaid location when she was caused to slip and fall while lawfully on the premises causing Plaintiff to sustain serious personal injuries.

14. Plaintiff, MARINA BRACY, was seriously injured.

15. The aforesaid occurrence and resulting injuries to plaintiff were due to the careless, reckless and the negligent conduct of the Defendant.

16. By reason of the foregoing, Plaintiff, MARINA BRACY, has been damaged in an amount exceeding the jurisdictional limits

## SECOND CAUSE OF ACTION

17. That as a result of the above, plaintiff, MARINA BRACY, was caused to sustain personal injuries and be damaged in an amount exceeding the jurisdictional limits

18. The aforesaid occurrence was caused by the negligence, carelessness and recklessness of the Defendant, their agents, servants and/or employees without any culpable conduct on the part of Plaintiff, MARINA BRACY.

19. The Defendant, their agents, servants and/or employees had actual notice of the said dangerous, unsafe and defective condition, and did create said dangerous, unsafe and defective condition, and were present upon the premises and/or place of business by its agents, servants and/or employees, and actual notice was given to the Defendant, their agents, servants and/or employees prior to this accident.

20. The Defendant, their agents, servants and/or employees, had constructive notice of the dangerous, unsafe, hazardous and defective condition at the aforesaid location in that the dangerous and hazardous condition existed for a sufficient period of time prior to the accident that the Defendant, their agents, servants and/or employees, either knew of the defective condition, or should have known of the dangerous and hazardous condition prior to the accident.

21. This action falls within one or more of the exceptions set forth in Section 1602 of the Civil Practice Law and Rules.

22. Plaintiff repeats, reiterates and re-alleges each and every allegation contained herein above in paragraph "1" through "23" inclusive with the same force and effect as if herein after set forth at length.

23. That the premises herein and the parts thereof constituted a public and private nuisance and a trap for the unaware and more particularly the plaintiff herein.

**WHEREFORE**, the Plaintiff demands a judgment against the Defendant in this action, in an amount that exceeds the jurisdictional limit of all lower courts that would otherwise have jurisdiction, together with interest and all costs and disbursements of this action, and such other and further relief this Court deems just and proper.

Dated: Brooklyn, NY
       August 9, 2022

                                      Marina Tasevich, Esq.
                                      ALEXANDER BESPECHNY
                                      Attorney for Plaintiff
                                      MARINA BRACY
                                      224 Kings Highway
                                      Brooklyn, New York 11223
                                      718-434-8300

TO:    BJ'S WHOLESALE CLUB, INC.
           c/o CT Corporation System
           111 Eighth Avenue
           New York, New York 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Kings
----------------------------------------X
Martha Bracy

                   Plaintiff,

INDEX NO.:

-against-

BJ's Wholesale Club, Inc.

                  Defendant.
----------------------------------------X

STATE OF NEW YORK    )
                                  )
COUNTY OF KINGS     )

_____Martha Bracy_____, being duly sworn, deposes and says that deponent is the above named claimant; deponent has read the foregoing SUMMONS AND COMPLAINT and knows its contents; the same is true to be deponent's knowledge, except as to those matters stated to be alleged upon information and belief, and as to those matters deponent believes it to be true.

                                                        _____
                                                        Claimant

Sworn to before me this 9th
Day of August, 2022

_____
Notary Public

Marina Tasevich
Notary Public, State of New York
Registration No. 02TA6125712
Qualified in Nassau County
Commission Expires April 25, 2026

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------X
MARINA BRACY,                                                                    Index No.:
                                                                                          Filed Date:

                                   *Plaintiff,*
      -against-


BJ'S WHOLESALE CLUB, INC.,

                                 *Defendant.*
---------------------------------------------------------------X


# SUMMONS AND VERIFIED COMPLAINT


**LAW OFFICES
ALEXANDER BESPECHNY**
*Attorneys for Plaintiff*
**MARINA BRACY**
224 Kings Highway
Brooklyn, New York 11223
T: (718) 434-8300

BJ 22-819 JO
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
MARINA BRACY,                                    Index No.: 522947/2022

                      Plaintiff,

       -against-                             **VERIFIED ANSWER**

BJ'S WHOLESALE CLUB, INC.,

                      Defendant.
------------------------------------------------------------------------X

      The defendant, BJ'S WHOLESALE CLUB, INC., by its attorneys, BRODY, O'CONNOR & O'CONNOR, ESQS., answering the Verified Complaint herein states upon information and belief:

## AS TO THE FIRST CAUSE OF ACTION

      FIRST: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "1", "2", and "3", and each and every part thereof.

      SECOND: Defendant denies the allegations set forth in paragraph marked "4", except admits that BJ'S WHOLESALE CLUB, INC. is a foreign corporation registered to do business in the State of New York.

      THIRD: Defendant denies the allegations set forth in paragraphs marked "5", "6", and "7", and each and every part thereof.

      FOURTH: Defendant denies the allegations set forth in paragraphs marked "8", and "9", except admits that BJ'S WHOLESALE CLUB, INC. leases that portion of the premises comprising the BJ's Club from the owner of the property.

FIFTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "10", except admits that BJ'S WHOLESALE CLUB, INC. operates the subject BJ's Club, leaving all other questions to the court.

SIXTH: Defendant denies the allegations set forth in paragraphs marked "11", and "12", and each and every part thereof.

SEVENTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "13", and "14", and each and every part thereof.

EIGHTH: Defendant denies the allegations set forth in paragraphs marked "15", and "12", and each and every part thereof.

NINTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "16", and "17", and each and every part thereof.

TENTH: Defendant denies the allegations set forth in paragraphs marked "18", "19", and "20", and each and every part thereof.

ELEVENTH: Defendant denies the allegations set forth in paragraph marked "21", and respectfully refers all questions of law to the trial Court.

**AS TO THE SECOND CAUSE OF ACTION**

TWELFTH: Defendant repeats and reiterates each and every denial in answer to paragraphs numbered "1" through "21", of the Complaint as if more particularly hereinafter set forth in answer to paragraph numbered "22", and each and every part thereof.

THIRTEENTH: Defendant denies the allegations set forth in paragraph marked "23", and each and every part thereof.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The plaintiff was guilty of culpable conduct, including contributory negligence and/or assumption of risk, and should an award be made to plaintiff, same should be diminished in the proportion which the culpable conduct and/or contributory negligence and/or assumption of risk attributable to the plaintiff bears to the culpable conduct and/or negligence which caused the damages.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

In the event that plaintiff recovers judgment against this answering defendant and it is determined that plaintiff's damages were caused in whole or in part by two or more joint tortfeasors, then defendant's liability herein for non-economic loss may not exceed its equitable share of said damages in accordance with its relative culpability, as provided by Section 1601 of the CPLR.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiff's recovery, if any, shall be reduced by the amount of any collateral payments received, in accordance with CPLR Section 4545.

WHEREFORE, defendant, BJ'S WHOLESALE CLUB, INC., requests judgment dismissing the Complaint herein, together with costs and disbursements of this action.

Dated: Northport, New York
       October 26, 2022

Yours, etc.

BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant

By:   s/
      PATRICIA A. O'CONNOR
      7 Bayview Avenue
      Northport, New York 11768
      (631) 261-7778
      File No.: BJ 22-819 JO

TO:    THE LAW OFFICES OF ALEXANDER BESPECHNY
Attorneys for Plaintiff
224 Kings Highway
Brooklyn, New York 11224
(718) 434-8300

## **AFFIRMATION BY ATTORNEY**

The undersigned, an attorney admitted to practice in the Courts of the State of New York, shows:

That affirmant is the attorney for the defendant in the within action; that affirmant has read the foregoing Verified Answer and knows the contents thereof; that the same is true to the affirmant's knowledge, except as to the matters therein stated to be alleged on information and belief; and that as to those matters, affirmant believes it to be true.

Affirmant further says that the reason this Verification is made by deponent and not by the defendant is that defendant does not reside in the County in which the affirmant maintains an office.

The grounds of belief as to all matters not stated upon deponent's knowledge are documents, correspondence and records maintained in your deponent's files and conversations and conferences had with the defendant.

The undersigned affirms that the foregoing statements are true under the penalties of perjury.

Dated: Northport, New York
October 26, 2022

s/
PATRICIA A. O'CONNOR